MARYLAND CASUALTY COMPANY, a Corporation, Appellant, v. George R. FREEMAN, as Administrator of the Estate of Frank Freeman, Deceased, Appellee. *

No. 7515.

Circuit Court of Appeals, Ninth Circuit.

July 11, 1934.

John Ralph Wilson and Milton Newmark, both of San Francisco, Cal., for appellant.

George R. Freeman, in pro. per.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

After oral arguments, upon motion to dismiss appeal, ordered appeal in above cause dismissed upon the authority of Chatfield et al. v. O'Dwyer et al., 101 F. 797; Foreman v. Burleigh, 109 F. 313; In re Lewensohn, 121 F. 538; Ohio Valley Bank v. Mack, 163 F. 155; In re Chakos, 24 F.(2d) 482; Amick v. Mortgage Sec. Corp., 30 F.(2d) 359; Johnson v. Barney, 53

*Rehearing denied Aug. 29, 1934.

1012

F.(2d) 770; In re Patterson-McDonald Ship Building Company, 288 F. 546, and that a decree of dismissal be filed and entered.